## Edgar v. Callender, Appellant.

Argued Jan. 16, 1902. Appeal, No. 18, Jan. T., 1902, by defendant, from order of C. P. Lackawanna County, Sept. T., 1900, No. 913, making absolute rule for judgment for want of a sufficient affidavit of defense in case of Mark K. Edgar v. S. N. Callender. Before RICE, P. J., BEAVER, ORLADY, SMITH, W. W. PORTER and W. D. PORTER, JJ. Affirmed.

· OPINION BY WILLIAM W. PORTER, J., March 14, 1902:

This case is similar in its facts to that of Reynolds v. Callender, of January term, 1902, No. 19, and is determined by the views expressed in the opinion filed and the judgment entered this day in that case.

The judgment is affirmed.